penitentiary. The indictment charged the offense here involved to have occurred in 1948. The instant trial was held in 1951.

It therefore does not affirmatively appear from the bill that the appellant had been released from the penitentiary at a time sufficiently remote from the instant trial to render such evidence inadmissible. It is now well settled that the time of release from confinement rather than the time of conviction shall control in determining the question of remoteness. Toms v. State, 150 Tex.Cr.R. 264, 200 S.W.2d 174.

Finding no reversible error, the judgment of the trial court is affirmed.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully driving an automobile upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $50.

The complaint and information, as well as all other matters of procedure, are in regular form. The record is before this court without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment of the trial court is affirmed.